**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7209**

---

WILLIS R. STOLLINGS,

                Petitioner - Appellant,

    versus

WILLIAM DUNCIL, Warden,

                Respondent - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CA-97-446-2)

---

Submitted: October 31, 1997     Decided: November 12, 1997

---

Before MURNAGHAN, ERVIN, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Willis R. Stollings, Appellant Pro Se. Darrell V. McGraw, Jr., Victor Shawn Woods, OFFICE OF THE ATTORNEY GENERAL, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Stollings v. Duncil, No. CA-97-446-2 (S.D.W. Va. Aug. 13, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED